UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GERBE as Administratrix for Estate of Raymond Gerbe; and BARBARA B. GERBE | Case No.: 3:08-CV00344[AWT] |
| v. | |
| YALE-NEW HAVEN HEALTH SERVICES CORP.; FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.; and DOREEN A. PALLANTI | AUGUST 25, 2008 |

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of Federal Rules of Civil Procedure, the plaintiffs hereby voluntarily dismiss the above-referenced action against defendant Fidelity Investments Institutional Operations Company, Inc. ("Fidelity") only, with prejudice, with all parties to bear their own costs and attorneys' fees.

The Clerk of the Court may now be directed to close this case as to defendant Fidelity only.

THE PLAINTIFFS,

BY: _____/s/_____
JENNIFER RIGNOLI
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT27538
jrignoli@pppclaw.com

- 2 -

## CERTIFICATION OF SERVICE

I hereby certify that on August 25, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all attorneys of record listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic fling as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Douglas W. Bartinik, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212

Jill Hartley, Esq.
Law Offices of Jill Hartley LLC
100 Pearl Street, 14th Floor
Hartford, CT 06106

David A. Corbett, Esq.
Litchfield Cavo LLP
40 Tower Lane, Suite 200
Avon, CT 06001

Joseph E. Schettino, Esq.
Schettino & Temchin
18 Peck Street
North Haven, CT 06473

                    /s/
JENNIFER RIGNOLI
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
Phone: (203) 281-2700
Fax: (203) 281-0700
Federal Bar No.: CT27538
jrignoli@pppclaw.com